**Order entered April 2, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00160-CV
No. 05-21-00175-CV

**IN RE BRIDGET PARSON AKA BRIDGET BROWN PARSON, Relator**

**BRIDGET PARSON AKA BRIDGET BROWN PARSON, Appellant**

**V.**

**BECKY COLE, Appellee**

**Original Proceeding and Appeal from County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

## ORDER

Before the Court is appellant's March 29, 2021 "notice to the Court to correct the style of the case that accurately reflects the parties and correct names and related cases as shown on the docket sheet." We **DENY** the motion. *See* TEX. R. APP. P. 3.1 (defining appellant and appellee), 52.1 (specifying caption for

original appellate proceeding); *Hodde v. Susan*, 58 Tex. 389, 393 (Tex. 1883) (defining "party to an action").

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE